**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*

**MANATT, PHELPS & PHILLIPS, LLP**
Brandon P. Reilly (State Bar No. CA 278012)
BReilly@manatt.com
Kyla Núñez (State Bar No. CA 329484)
knunez@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (916) 552-2300
Facsimile: (916) 552-2323

Matthew F. Bruno
mbruno@manatt.com
7 Times Square
New York, New York 10036
Telephone: (212) 790-2701

*Attorneys for Defendant*
Better Home & Finance Holding Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ELENA LEANOS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BETTER HOME & FINANCE HOLDING COMPANY,

Defendant.

Case No. 3:25-cv-07893-EMC

**~~[PROPOSED]~~ ORDER SETTING PHASE I DISCOVERY SCHEDULE**

Following the Parties December 17, 2025 Case Management Conference, the Court hereby adopts the following Phase I Discovery Schedule:

| Event | Date |
|---|---|
| Initial Disclosures | January 16, 2026 |
| Close of Phase I Discovery | February 12, 2026 |

Plaintiff may seek discovery concerning Defendant's contracts with third parties and pixel IDs related to Defendant's use of the tracking technologies on its website. Plaintiff also may seek discovery related to any applicable insurance policies that may provide coverage for this matter.

Defendant may seek discovery related to the statute of limitations and Article III standing.

All discovery conducted in Phase I shall be limited to Plaintiff's individual claims.

**IT IS SO ORDERED.**

Dated: December 23, 2025

The Honorable Edward W. Chen
U.S. District Judge